### JEREMY J. JOYELL *v.* COMMISSIONER OF EDUCATION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 45 Conn. App. 476 (AC 16036), is denied.

*Janis J. Jerman,* in support of the petition.

*Linsley J. Barbato,* assistant attorney general, in opposition.

Decided September 18, 1997

### IN RE STANLEY D.

The petition of the respondent Stanley D., Sr., for certification for appeal from the Appellate Court, 45 Conn. App 606 (AC 16081), is denied.

*Raymond J. Rigat,* in support of the petition.

*Linda Pearce Prestley,* assistant attorney general, in opposition.

Decided September 18, 1997